**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7132**

─────────────

WILLIAM ALEXANDER LONG,

Petitioner - Appellant,

versus

STATE OF MARYLAND; FRANK C. SIZER, JR.,

Respondents - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-
2186-MJG)

─────────────

Submitted: August 13, 1998          Decided: August 28, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

William Alexander Long, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Long v. Maryland, No. CA-97-2186-MJG (D. Md. Aug. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED